UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LYON,<br><br>           Petitioner,<br><br>      v.<br><br>STATE OF CALIFORNIA,<br><br>           Respondent. | No. 2:22-cv-01417-TLN-CKD<br><br>**ORDER** |

Petitioner Michael Lyon ("Petitioner") has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 18, 2025, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 10.) Petitioner has filed objections to the findings and recommendations. (ECF No. 11.) Respondent State of California ("Respondent") has filed a response. (ECF No. 12.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued April 18, 2025 (ECF No. 10), are ADOPTED IN FULL;
2. Petitioner's petition for a writ of habeas corpus (ECF No. 1) is DENIED;
3. The Court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253; and
4. The Clerk of the Court shall close the case.

IT IS SO ORDERED.

Date: May 29, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE