# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL LYON ,** | **JUDGMENT IN A CIVIL CASE** |
| | CASE NO: **2:22–CV–01417–TLN–CKD** |
| v. | |
| **STATE OF CALIFORNIA ,** | |

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 05/30/25 .**

ENTERED:   **May 30, 2025**          /s/ **Keith Holland**
                                                                  Clerk of Court